UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AFFILIATED ORTHOPAEDIC SPECIALISTS, P.A.,<br><br>Plaintiff,<br><br>-against-<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>Defendant. | Index No.: 20-06394<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Affiliated Orthopaedic Specialists, P.A., by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant United Healthcare Insurance Company with prejudice. Each party shall bear their own costs.

Dated: New York, New York
       August 11, 2020

SCHWARTZ SLADKUS
REICH GREENBERG ATLAS LLP
*Attorneys for Plaintiff*

By: /s/ Michael Gottlieb
    Michael Gottlieb
    444 Madison Avenue
    New York, New York 10022
    (212) 743-7054

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
Freda L. Wolfson, U.S.C.D.J.    8/12/2020

1